FILED
APR - 3 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No.: |
| v. | ) 4:19CR00272 AGF/JMB ) ) |
| DEREK J. PETTY, and | ) |
| SIERRA PRICE, | ) ) |
| Defendants. | ) ) |

**INDICTMENT**

**COUNT I**

The Grand Jury charges that,

Beginning on an unknown date, but including the period between April 2018 and December 2018, within the Eastern District of Missouri, the defendants,

**DEREK J. PETTY and SIERRA PRICE,**

did knowingly and intentionally combine, conspire, confederate, and agree together with each other to commit the following offense against the United States:   to acquire and obtain possession of a controlled substance by misrepresentation, fraud, forgery, deception, and

1

subterfuge, in violation of Title 21, United States Code, Section 843(a)(3) and punishable under Title 21, United States Code, Section 843(d)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO   63102